NONA CALLAHAN et al., Respondents, *v.* GEORGE BERGMAN, Appellant.

(Argued December 15, 1932; decided January 10, 1933.)

*Morton L. Panken, Edward A. Harmon* and *A. Bertram Samuels* for appellant.

*Jacob Zelenko* and *George A. Grabow* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.